1  Anthony J. Orshansky, Cal. Bar No. 199364
   anthony@oyllp.com
2  David H. Yeremian, Cal. Bar No. 226337
   david@oyllp.com
3  ORSHANSKY & YEREMIAN LLP
   16133 Ventura Boulevard, Suite 1245
4  Encino, California 91436
   Telephone: (818) 205-1212
5  Facsimile: (818) 205-1616

6  Attorneys for Plaintiff
   JUDY SINK-CRILLY, an individual, on behalf of
7  himself and others similarly situated

8
   Scott M. Lidman, Cal. Bar No. 199433
9  slidman@littler.com
   LITTLER MENDELSON
10 A Professional Corporation
   2049 Century Park East
11 Los Angeles, CA 90067-3107
   Telephone: (310) 553-0308
12 Facsimile: (310) 553-5583

13 Attorneys for Defendant
   CENTEX HOMES
14
                       UNITED STATES DISTRICT COURT
15
                       CENTRAL DISTRICT OF CALIFORNIA
16

| 17 JUDY SINK-CRILLY, on behalf of herself and others similarly situated, | Case No. CV 09-02476 ODW (JWJx) |
|---|---|
| 19                     Plaintiffs, | **JOINT STIPULATION FOR LEAVE TO FILE SECOND AMENDED CLASS-ACTION COMPLAINT** |
| 20              v. | |
| 21 CENTEX HOMES, a Nevada Partnership; et al., | |
| 22                     Defendants. | |

23    Plaintiff JUDY SINK-CRILLY ("Plaintiff"), individually and allegedly
24 on behalf of all others similarly situated, and Defendant CENTEX HOMES, a
25 Nevada general partnership ("Defendant"), Plaintiff and Defendant being referred
26 to collectively herein as "the Parties," hereby stipulate as follows:
27
28

(1) Plaintiff JUDY SINK-CRILLY may file the Second Amended Class-Action Complaint attached hereto as Exhibit A;

(2) Defendant CENTEX HOMES' Answer currently on file with the Court shall be its Answer to Plaintiff's Second Amended Class-Action Complaint; and,

(3) That, pursuant to L.R. 15-3, the Second Amended Class-Action Complaint attached to this Stipulation as Exhibit A shall be deemed to be served on Defendant Centex Homes at such time as the Court approves of this Stipulation.

DATED: July 17, 2009

By _____
Scott Lidman
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant CENTEX HOMES

DATED: July 17, 2009

By _____
David H. Yeremian
Orshansky & Yeremian LLP
Attorneys for Plaintiff JUDY SINK-CRILLY